IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DARRYL STOKES, Individually, as Administrator
of the Estate of KALEB JERRELL STOKES,
deceased, and as Administrator of the
Estate of KEYSHON WELLS, deceased; and
PATRICK DESHAZER, Individually and as Administrator
of the Estate of LAKAYLA WELLS, deceased.**                    **PLAINTIFFS**

VS.                    CASE NO. 5:08CV00163 JMM

**3J TRUCKING, INC. AND ROY LEE JORDAN**                    **DEFENDANT**

### ORDER

Plaintiffs' Motion for Admission *Pro Hac Vice* is granted (#7).[1]  For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Jim Hada is hereby permitted to appear as counsel for plaintiff.

IT IS SO ORDERED this   12   day of June, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　James M. Moody
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Plaintiffs bring this motion pursuant to "Rule 14 of the Arkansas Rules Governing Admission to the Bar."  Because the case has been removed to federal court, the Court will construe the motion as one being brought pursuant to Local Rule 83.5(d) of the United States District Court for the Eastern and Western Districts of Arkansas.