**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF  DIVISION**


**DARRYL STOKES, INDIVIDUALLY
AND AS ADMINISTRATOR OF THE ESTATE
OF KALEB JERRELL STOKES, DECEASED, AND
AS ADMINISTRATOR OF THE ESTATE OF KEYSHON
WELLS, DECEASED; AND PATRICK DESHAZER,
INDIVIDUALLY, AND AS ADMINISTRATOR
OF THE ESTATE OF LAKAYLA WELLS, DECEASED**                    **PLAINTIFFS**


**VS.**                       **CASE NO.   5:08CV000163 JMM**


**3J TRUCKING, INC. AND ROY LEE JORDAN**                    **DEFENDANTS**


**ORDER**

Keith A. Allen's Motion to Intervene pursuant to Federal Rule of Civil Procedure 24 is

granted (#18).  The Clerk of the Court is directed to add Keith A. Allen, individually and as

administrator of the estate of Lakiyah Wells, deceased, as an intervenor in the above styled case.

IT IS SO ORDERED THIS   18   day of   July  , 2008.


James M. Moody
United States District Judge