IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRYL STOKES, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE
ESTATE OF KALEB JERRELL STOKES,
DECEASED, AND AS ADMINISTRATOR
OF THE ESTATE OF KEYSHON WELLS,
DECEASED, ET AL.                                             PLAINTIFFS

VS.                                      CASE NO.   5:08CVC00163 JMM

3J TRUCKING, INC. AND
ROY LEE JORDAN                                                     DEFENDANTS

**ORDER**

Pending before the Court is defendant 3J Trucking, Inc.'s unopposed Motion to Consolidate.  The Court has reviewed the relevant pleadings and finds that Case No. 5:08CV001163 and Case No. 5:08CV00177 which are both assigned to this Court are related cases which should be consolidated.  The Clerk of the Court is directed to designate Case number 5:08CV00163 as the lead case and all pleadings should be filed in the lead case.

The motion for consolidation is granted (#20).

IT IS SO ORDERED THIS __25__ day of July, 2008.


_____
James M. Moody
United States District Judge