IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRYL STOKES, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF KALEB JERRELL STOKES, DECEASED, ET AL.                PLAINTIFFS

VS.                    CASE NO. 5:08CV00163 JMM

3J TRUCKING, INC. AND ROY LEE JORDAN                     DEFENDANTS

JAMES A. WELLS AND VERONICA WELLS, INDIVIDUALLY
AND AS CO-ADMINISTRATORS OF THE
ESTATE OF LAKETRIA WELLS                        CONSOLIDATED PLAINTIFFS

KEITH A. ALLEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE
ESTATE OF LAKIYAH WELLS, DECEASED           INTERVENOR PLAINTIFF

VS.

3J TRUCKING, INC., ET AL.                                DEFENDANTS

**ORDER**

Defendant 3J Trucking's request for the Court to take notice of its filing for bankruptcy on October 9, 2008, and to stay all actions in this matter while preserving the *status quo* of the case is granted (#40).  All actions against defendant 3J Trucking are stayed pursuant to the automatic stay provisions of 11 U.S.C. § 362.

Defendant 3J Trucking is directed to give the Court a status report on the bankruptcy case 90 days from the date of this Order.

IT IS SO ORDERED THIS   20   day of   October , 2008.

_____
James M. Moody
United States District Court