IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRYL STOKES, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF KALEB JERRELL STOKES, DECEASED, ET AL.                    PLAINTIFFS

VS.                    CASE NO. 5:08CV00163 JMM

3J TRUCKING, INC. AND ROY LEE JORDAN                         DEFENDANTS

JAMES A. WELLS AND VERONICA WELLS, INDIVIDUALLY
AND AS CO-ADMINISTRATORS OF THE
ESTATE OF LAKETRIA WELLS                           CONSOLIDATED PLAINTIFFS

KEITH A. ALLEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE
ESTATE OF LAKIYAH WELLS, DECEASED              INTERVENOR PLAINTIFF

VS.

3J TRUCKING, INC., ET AL.                                    DEFENDANTS

**ORDER**

Plaintiffs served defendant H&P Leasing with a copy of the amended complaint by certified mail, restricted delivery, and return receipt requested on September 18, 2008. (Doc. No. 41). H&P Leasing has not filed an answer or any other entry of appearance to date. Pursuant to Rule 55(b)(2), plaintiffs' Motion for Default Judgment (Doc. No. 44) is granted. A hearing will scheduled to determine the amount of damages.

IT IS SO ORDERED THIS   13   day of   November , 2008.

_____
James M. Moody
United States District Judge