IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRYL STOKES, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF KALEB JERRELL STOKES, DECEASED, ET AL.                    PLAINTIFFS

VS.                    CASE NO. 5:08CV00163 JMM

3J TRUCKING, INC. AND ROY LEE JORDAN                         DEFENDANTS

JAMES A. WELLS AND VERONICA WELLS,
INDIVIDUALLY AND AS CO-ADMINISTRATORS
OF THE ESTATE OF LAKETRIA WELLS            CONSOLIDATED PLAINTIFFS

KEITH A. ALLEN, INDIVIDUALLY AND AS
ADMINISTRATOR OF THE ESTATE OF
LAKIYAH WELLS, DECEASED                          INTERVENOR PLAINTIFF

VS.

3J TRUCKING, INC., ET AL.                                    DEFENDANTS

**ORDER**

Pending before the Court is defendant H&P Leasing, Inc.'s ("H&P") Motion to Set Aside Default Judgements in the above styled case and in member case 5:08CV00177. Plaintiff has not filed a response to the pending motion.

The default judgment of November 12, 2008 in case number 5:08CV00177 and the default judgment of November 13, 2008 in case number 5:08CV00163 are set aside based upon plaintiff's failure to properly effect service of process on this defendant.

IT IS SO ORDERED THIS 23rd day of December, 2008.

_____
James M. Moody
United States District Judge