IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRYL STOKES, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF KALEB JERRELL STOKES, DECEASED, ET AL.                    PLAINTIFFS

VS.                          CASE NO. 5:08CV00163 JMM

3J TRUCKING, INC. AND ROY LEE JORDAN                          DEFENDANTS

JAMES A. WELLS AND VERONICA WELLS, INDIVIDUALLY
AND AS CO-ADMINISTRATORS OF THE
ESTATE OF LAKETRIA WELLS                           CONSOLIDATED PLAINTIFFS

KEITH A. ALLEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE
ESTATE OF LAKIYAH WELLS, DECEASED              INTERVENOR PLAINTIFF

VS.

3J TRUCKING, INC., ET AL.                                     DEFENDANTS

## ORDER

Consolidated Plaintiffs James A. Wells' and Veronica Wells' Motion to Amend The Complaint against H&P Leasing is granted (#57). Consolidated Plaintiffs shall have up to, and including, January 27, 2009, to amend their pleadings and complete service of process on H&P Leasing.

Consolidated Plaintiffs James A. Wells' and Veronica Wells' Motion for Leave to Depose Defendant Roy Lee Jordan is granted (#58). Consolidated Plaintiffs James A. Wells and Veronica Wells shall be allowed to depose Roy Lee Jordan on February 18, 2009 at 1:00 p.m. at the Jefferson County Jail in Pine Bluff, Arkansas, and these Consolidated Plaintiffs may issue their subpoena and notice of deposition as allowed under the Federal Rules of Civil Procedure.

IT IS SO ORDERED THIS   14   day of  January , 2008.

_____
James M. Moody
United States District Judge