**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| DARRYL STOKES, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF KALEB JERRELL STOKES, DECEASED, ET AL. | **PLAINTIFFS** |
| VS.     CASE NO. 5:08CV00163 JMM | |
| 3J TRUCKING, INC. AND ROY LEE JORDAN | **DEFENDANTS** |
| JAMES A. WELLS AND VERONICA WELLS, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF LAKETRIA WELLS | **CONSOLIDATED PLAINTIFFS** |
| KEITH A. ALLEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF LAKIYAH WELLS, DECEASED | **INTERVENOR PLAINTIFF** |
| VS. | |
| 3J TRUCKING, INC., ET AL. | **DEFENDANTS** |

**ORDER**

Plaintiff Darryl Stokes's Motion for Leave to File Amended Complaint against H&P Leasing and Plaintiff Patrick Deshazer's Motion for Joinder are granted (#61 and #62). Plaintiffs Stokes and Deshazer shall have up to, and including, February 9, 2009, to amend their pleadings and complete service of process on H&P Leasing.

Plaintiff Stokes' Motion for Leave to Depose Defendant Roy Lee Jordan is granted (#63). Plaintiffs shall be allowed to depose Roy Lee Jordan on February 18, 2009 at 1:00 p.m. at the Jefferson County Jail in Pine Bluff, Arkansas, and the plaintiff may issue his subpoena and notice of deposition as allowed under the Federal Rules of Civil Procedure.

IT IS SO ORDERED THIS 26 day of January, 2009.

_____
James M. Moody
United States District Judge