IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRYL STOKES, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF KALEB JERRELL STOKES, DECEASED, ET AL.                PLAINTIFFS

VS.                      CASE NO. 5:08CV00163 JMM

3J TRUCKING, INC. AND ROY LEE JORDAN                     DEFENDANTS

JAMES A. WELLS AND VERONICA WELLS, INDIVIDUALLY
AND AS CO-ADMINISTRATORS OF THE
ESTATE OF LAKETRIA WELLS                        CONSOLIDATED PLAINTIFFS

KEITH A. ALLEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE
ESTATE OF LAKIYAH WELLS, DECEASED            INTERVENOR PLAINTIFF

VS.

3J TRUCKING, INC., ET AL.                                DEFENDANTS

## ORDER

Lincoln General Insurance Company's ("Lincoln") Motion for Leave to Intervene is granted (#66). Lincoln may intervene in this consolidated action and the Clerk of the is directed to accept for filing the complaint for interpleader attached as Exhibit B to the motion.

IT IS SO ORDERED THIS   2   day of   February  , 2009.

James M. Moody
United States District Judge