IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRYL STOKES, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF KALEB JERRELL STOKES, DECEASED, ET AL.                     PLAINTIFFS

VS.                      CASE NO. 5:08CV00163 JMM

3J TRUCKING, INC. AND ROY LEE JORDAN                          DEFENDANTS

JAMES A. WELLS AND VERONICA WELLS, INDIVIDUALLY
AND AS CO-ADMINISTRATORS OF THE
ESTATE OF LAKETRIA WELLS                        CONSOLIDATED PLAINTIFFS

KEITH A. ALLEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE
ESTATE OF LAKIYAH WELLS, DECEASED            INTERVENOR PLAINTIFF

VS.

3J TRUCKING, INC., ET AL.                                     DEFENDANTS

## AMENDED ORDER

The Court' Order of February 27, 2009, is amended to state that defendant 3J Trucking's Motion to Dismiss (#77) is granted to the extent that the claims made by plaintiff Darryl Stokes in the Third Amended Complaint against 3J Trucking are dismissed as they are in violation of 11 U.S.C. § 362.

IT IS SO ORDERED THIS   2   day of  March , 2009.


_____
James M. Moody
United States District Judge