IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRYL STOKES, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF KALEB JERRELL STOKES, DECEASED, ET AL.                    PLAINTIFFS

VS.                    CASE NO. 5:08CV00163 JMM

3J TRUCKING, INC. AND ROY LEE JORDAN                          DEFENDANTS

JAMES A. WELLS AND VERONICA WELLS, INDIVIDUALLY
AND AS CO-ADMINISTRATORS OF THE
ESTATE OF LAKETRIA WELLS                              CONSOLIDATED PLAINTIFFS

KEITH A. ALLEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE
ESTATE OF LAKIYAH WELLS, DECEASED              INTERVENOR PLAINTIFF

VS.

3J TRUCKING, INC., ET AL.                                     DEFENDANTS

**ORDER**

For good cause shown, plaintiff Patrick Deshazer's Motion to Join In and Adopt Plaintiff Darryl Stokes' Motion for Extension of Time is granted (#95). Plaintiff Deshazer will be allowed to join in and adopt plaintiff Darryl Stokes's motion (#88).

For good cause shown, plaintiff Darryl Stokes's Motion for Extension of Time to File Response To H&P Leasing, Inc.'s Motion to Dismiss and Conduct Jurisdictional Discovery is granted (#88).

Plaintiffs Stokes and Deshazer shall have up to, and including, May 8, 2009, to conduct discovery. This discovery is to be specifically limited to jurisdiction issues related to H & P Leasing's Motion to Dismiss for Lack of Personal Jurisdiction. Plaintiffs Stokes and Deshazer shall have up to, and including, May 15, 2009, to file their responses to H & P Leasing's Motion to Dismiss.

IT IS SO ORDERED THIS   9   day of  March , 2009.

_____
James M. Moody
United States District Judge