### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

DARRYL STOKES, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF KALEB JERRELL STOKES, DECEASED, ET AL.                    PLAINTIFFS

VS.                          CASE NO. 5:08CV00163 JMM

3J TRUCKING, INC. AND ROY LEE JORDAN                         DEFENDANTS

JAMES A. WELLS AND VERONICA WELLS, INDIVIDUALLY
AND AS CO-ADMINISTRATORS OF THE
ESTATE OF LAKETRIA WELLS                  CONSOLIDATED PLAINTIFFS

KEITH A. ALLEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE
ESTATE OF LAKIYAH WELLS, DECEASED                 INTERVENOR PLAINTIFF

VS.

3J TRUCKING, INC., ET AL.                                    DEFENDANTS

### ORDER

Based upon the Court's Order of March 9, 2009 (#96), plaintiffs Darryl Stokes and Patrick

Deshazer shall have up to, and including May 15, 2009, to file their responses to H & P Leasing's March

13, 2009 Motion to Dismiss Fourth Amended Complaint For Wrongful Death and Incorporated Brief

(#102).

James A. Wells's and Veronica Wells's Motion to Quash is granted (#114) based upon plaintiffs'

counsel for Darryl Stokes informing the Court that alternative dates will be offered for the proposed

depositions.

IT IS SO ORDERED THIS  26  day of  March , 2009.


                                        _____
                                        James M. Moody
                                        United States District Judge