IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRYL STOKES, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF KALEB JERRELL STOKES, DECEASED, ET AL.                     PLAINTIFFS

VS.                   CASE NO. 5:08CV00163 JMM

3J TRUCKING, INC. AND ROY LEE JORDAN                          DEFENDANTS

JAMES A. WELLS AND VERONICA WELLS, INDIVIDUALLY
AND AS CO-ADMINISTRATORS OF THE
ESTATE OF LAKETRIA WELLS                          CONSOLIDATED PLAINTIFFS

KEITH A. ALLEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE
ESTATE OF LAKIYAH WELLS, DECEASED                 INTERVENOR PLAINTIFF

VS.

3J TRUCKING, INC., ET AL.                                     DEFENDANTS

ORDER

For good cause shown Patrick Deshazer's Motion to Join in and Adopt the Fourth Amended Complaint for Wrongful Death (# 93) filed by Darryl Stokes on March 6, 2009 is granted (#125).

IT IS SO ORDERED THIS  13  day of   April  , 2009.

_____
James M. Moody
United States District Judge