**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| **DARRYL STOKES, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF KALEB JERRELL STOKES, DECEASED, ET AL.** | **PLAINTIFFS** |

**VS.                    CASE NO. 5:08CV00163 JMM**

| | |
|---|---|
| **3J TRUCKING, INC. AND ROY LEE JORDAN** | **DEFENDANTS** |
| **JAMES A. WELLS AND VERONICA WELLS, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF LAKETRIA WELLS** | **CONSOLIDATED PLAINTIFFS** |
| **KEITH A. ALLEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF LAKIYAH WELLS, DECEASED** | **INTERVENOR PLAINTIFF** |

**VS.**

| | |
|---|---|
| **3J TRUCKING, INC., ET AL.** | **DEFENDANTS** |

**ORDER**

On May 19, 2009, the Court granted Lincoln General Insurance Company's ("Lincoln General") Motion to Deposit funds into the Registry of the Court (#137). In that same motion Lincoln General sought dismissal upon deposit of its policy coverage limits of $1,000,000.00 as a party plaintiff intervenor and as a defendant having been sued by plaintiffs as insurer of 3J Trucking and Roy Lee Jordan(#137).

On June 15, 2009, Lincoln General deposited the $1,000,000.00 into the Registry of the Court and by letter has requested that it be dismissed as a party in the suit.

Plaintiffs have 11 days from the date of this Order to show cause why Lincoln General should not be dismissed as a party in the above styled case.

IT IS SO ORDERED THIS   16   day of  July , 2009.

_____
James M. Moody
United States District Judge