IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRYL STOKES, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF KALEB JERRELL STOKES, DECEASED, ET AL.                     PLAINTIFFS

VS.                    CASE NO. 5:08CV00163 JMM

3J TRUCKING, INC. AND ROY LEE JORDAN                          DEFENDANTS

JAMES A. WELLS AND VERONICA WELLS, INDIVIDUALLY
AND AS CO-ADMINISTRATORS OF THE
ESTATE OF LAKETRIA WELLS                            CONSOLIDATED PLAINTIFFS

KEITH A. ALLEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE
ESTATE OF LAKIYAH WELLS, DECEASED              INTERVENOR PLAINTIFF

VS.

3J TRUCKING, INC., ET AL.                                     DEFENDANTS

### ORDER

Pending before the Court are defendant H&P Leasing, Inc.'s Motion to Dismiss plaintiff Darryl Stokes's Third Amended Complaint and H&P Leasing, Inc.'s Motion to Dismiss plaintiff Darryl Stokes' Fourth Amended Complaint (#80 and #102). Plaintiff Stokes responds that these motions are moot because his Sixth Amended Complaint filed on July 21, 2009, does not assert any claims against H&P Leasing.

Because Stokes's does not assert any claims against H&P Leasing, Inc., these motions are dismissed as moot.

IT IS SO ORDERED THIS   10   day of  September , 2009.

_____
James M. Moody
United States District Judge