IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRYL STOKES, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF KALEB JERRELL STOKES, DECEASED, ET AL.                     PLAINTIFFS

VS.                     CASE NO. 5:08CV00163 JMM

3J TRUCKING, INC. AND ROY LEE JORDAN                          DEFENDANTS

JAMES A. WELLS AND VERONICA WELLS, INDIVIDUALLY
AND AS CO-ADMINISTRATORS OF THE
ESTATE OF LAKETRIA WELLS                              CONSOLIDATED PLAINTIFFS

KEITH A. ALLEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE
ESTATE OF LAKIYAH WELLS, DECEASED                     INTERVENOR PLAINTIFF

VS.

3J TRUCKING, INC., ET AL.                                     DEFENDANTS

## ORDER

Plaintiff Darryl Stokes's Motions To Compel Discovery Responses From Keith Allen, and James A. Wells and Veronica Wells are dismissed as moot (#173 and #174).

Plaintiff Darryl Stokes's Motion to Compel Discovery Responses From James A. Wells and Veronica Wells is dismissed without prejudice to Stokes re-filing this motion concerning his remaining discovery requests.

IT IS SO ORDERED THIS   14   day of   October  , 2009.

_____
James M. Moody
United States District Judge