IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRYL STOKES, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF KALEB JERRELL STOKES, DECEASED, ET AL.                PLAINTIFFS

VS.                    CASE NO. 5:08CV00163 JMM

3J TRUCKING, INC. AND ROY LEE JORDAN                      DEFENDANTS

JAMES A. WELLS AND VERONICA WELLS, INDIVIDUALLY
AND AS CO-ADMINISTRATORS OF THE
ESTATE OF LAKETRIA WELLS                           CONSOLIDATED PLAINTIFFS

KEITH A. ALLEN, INDIVIDUALLY AND AS
ADMINISTRATOR OF THE
ESTATE OF LAKIYAH WELLS, DECEASED                  INTERVENOR PLAINTIFF

VS.

3J TRUCKING, INC., ET AL.                                 DEFENDANTS

UNIVERSAL UNDERWRITERS INSURANCE
COMPANY                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date and Federal Rule of Civil Procedure 54(b), the claim for a declaratory judgment against Universal Underwriters Insurance Company is dismissed with prejudice.

IT IS SO ORDERED THIS  14  day of  January , 2010.

_____
James M. Moody
United States District Judge