IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| DARRYL STOKES, INDIVIDUALLY, AS ADMINISTRATOR OF THE ESTATE OF KALEB JERRELL STOKES, DECEASED, AND AS ADMINISTRATOR OF THE KEYSHON WELLS, DECEASED, AND PATRICK DESHAZER, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF LAKAYLA WELLS, DECEASED PLAINTIFFS, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| VS. | ) ) | Case No.: 5:08CV00163JMM |
| 3J TRUCKING, INC; ROY LEE JORDAN; AND H&P LEASING, INC DEFENDANTS | ) ) ) ) | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| JAMES A. WELLS AND VERONICA WELLS, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF LAKETRIA WELLS | ) ) ) ) ) | |
| CONSOLIDATED PLAINTIFFS | ) | |
| and | ) ) | |
| KEITH A. ALLEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF LAKIYAH WELLS, DECEASED, | ) ) ) ) ) | |
| INTERVENOR PLAINTIFF, | ) ) | |
| VS. | ) ) | Case No. 5:08-CV-00177 JMM |
| ROY LEE JORDAN; 3J TRUCKING, INC., ET AL. DEFENDANTS | ) ) ) | |

# ORDER GRANTING JOINT MOTION TO AUTHORIZE DISBURSEMENT OF PROCEEDS FROM LINCOLN GENERAL

Now, on this __17__ day of March, 2015, comes before this Court the Plaintiff's Joint Motion to Authorize Disbursement of Proceeds from Lincoln General, and after review of said Motion and all other matters before this Court, does find and order as follows:

1. Petitioners settled the estate's claim against Lincoln General, in the foregoing action for $1,000.000.00.

2. On May 19, 2009, The Court entered an Order Allowing Lincoln General to deposit funds in Court Trust pending future Orders. With accrued interest, the balance is now $1,000,932.50.

3. Joint Petitioners have agreed upon the distribution of those funds as outlined in attached Exhibit "A".

4. The Court hereby Authorizes Disbursement of Proceeds from Lincoln General in accordance with the attached Exhibit "A".

IT IS SO ORDERED.

_____
Honorable James M. Moody

# EX "A"

**Daryl Stokes,**
**Administrator of the Estate of**
**Kaleb Stokes and Keyshon Wells**              -$390,000.00

**James and Veronica Wells:**
**Co-Administrators of the Estate of**
**Laketria Wells**                              -$378,432.50

**Keith Allen,**
**Administrator of the Estate of**
**Lakiyah Wells**                               -$157,500.00

**Patrick Deshazer,**
**Administrator of the Estate of**
**Lakayla Wells**                               -$75,000.00

APPROVED AS TO FORM AND CONTENT BY:

| | |
|---|---|
| /s/ James Hada | /s/ Todd Elias |
| James H. Hada | Todd Elias |
| *Attorney for Darryl Stokes* | *Attorney for Keith Allen* |
| | |
| /s/ Jack Kearney | /s/ Bill G Horton |
| Mr. Jack Kearney | Bill G. Horton |
| *Attorney for Patrick Deshazer* | *Atty. for James & Veronica Wells* |