# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

DARRYL STOKES, INDIVIDUALLY,    )
AS ADMINISTRATOR OF THE         )
ESTATE OF KALEB JERRELL         )
STOKES, DECEASED, AND AS        )
ADMINISTRATOR OF THE            )
KEYSHON WELLS,DECEASED,              )
AND PATRICK DESHAZER,           )
INDIVIDUALLY, AND AS            )
ADMINISTRATOR OF THE ESTATE     )
OF LAKAYLA WELLS, DECEASED      )
   PLAINTIFFS  ,        )
          )
VS.        )  **Case No.: 5:08CV00163JMM**
          )
3J TRUCKING, INC; ROY LEE       )
JORDAN; AND H&P LEASING, INC    )
   DEFENDANTS           )
          )

## CONSOLIDATED WITH

JAMES A. WELLS AND VERONICA     )
WELLS, INDIVIDUALLY AND AS      )
CO-ADMINISTRATORS OF THE        )
ESTATE OF LAKETRIA WELLS        )
          )
  CONSOLIDATED PLAINTIFFS   )
and                             )
          )
KEITH A. ALLEN, INDIVIDUALLY    )
AND AS ADMINISTRATOR OF THE     )
ESTATE OF LAKIYAH WELLS,        )
DECEASED,                       )
          )
  INTERVENOR PLAINTIFF,     )
          )
VS.        )  **Case No. 5:08-CV-00177 JMM**
          )
ROY LEE JORDAN; 3J TRUCKING,    )
INC., ET AL.                    )
   DEFENDANTS           )

## ORDER DIRECTING THE CLERK OF THE COURT TO DISBURSE THE FUNDS PER THE COURT'S ORDER OF MARCH 17, 2010.

The Clerk of the Court is directed to disburse the amounts specified in the Court's Order of March 17, 2010, to the parties listed. The interest accrued from February 1, 2010, to the date of distribution, minus a 10% registry fee on the total interest is to be distributed *pro rata* to Daryl Stokes, administrator of the Estate of Kaleb Stokes and Keyshon Wells; James and Veronica Wells Co-Administrators of the Estate of Laketria Wells; Keith Allen, Administrator of the Estate of Lakiyah Wells; and Patrick Deshazer, Administrator of the Estate of Lakayla Wells.

IT IS SO ORDERED THIS  19  day of  March , 2010.

James M. Moody
United States District Judge