**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DARRYL STOKES, INDIVIDUALLY, AND**
**AS ADMINISTRATOR OF THE ESTATE**
**OF KALEB JERRELL STOKES, DECEASED, ET AL.**                     **PLAINTIFFS**

VS.                    **CASE NO. 5:08CV00163 JMM**

**3J TRUCKING, INC. AND ROY LEE JORDAN**                          **DEFENDANTS**

**JAMES A. WELLS AND VERONICA WELLS, INDIVIDUALLY**
**AND AS CO-ADMINISTRATORS OF THE**
**ESTATE OF LAKETRIA WELLS**                          **CONSOLIDATED PLAINTIFFS**

**KEITH A. ALLEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE**
**ESTATE OF LAKIYAH WELLS, DECEASED**                **INTERVENOR PLAINTIFF**

VS.

**UNIVERSAL UNDERWRITER'S**
**INSURANCE COMPANY, ET AL.**

**ORDER**

Plaintiffs are directed to file a status report on this case on, or before, July 23, 2010.

IT IS SO ORDERED THIS   25   day of  June , 2010.



_____
James M. Moody
United States District Judge