# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | | |
|---|---|---|
| **DARRYL STOKES, INDIVIDUALLY,** ) | | |
| **AS ADMINISTRATOR OF THE** ) | | |
| **ESTATE OF KALEB JERRELL** ) | | |
| **STOKES, DECEASED, AND AS** ) | | |
| **ADMINISTRATOR OF THE** ) | | |
| **KEYSHON WELLS, DECEASED,** ) | | |
| **AND PATRICK DESHAZER,** ) | | |
| **INDIVIDUALLY, AND AS** ) | | |
| **ADMINISTRATOR OF THE ESTATE** ) | | |
| **OF LAKAYLA WELLS, DECEASED** ) | | |
| **PLAINTIFFS,** ) | | |
| ) | | |
| VS. ) | Case No.: 5:08CV00163JMM | |
| ) | | |
| **3J TRUCKING, INC; ROY LEE** ) | | |
| **JORDAN; AND H&P LEASING, INC** ) | | |
| **DEFENDANTS** ) | | |
| ) | | |

### CONSOLIDATED WITH

**JAMES A. WELLS AND VERONICA** )
**WELLS, INDIVIDUALLY AND AS** )
**CO-ADMINISTRATORS OF THE** )
**ESTATE OF LAKETRIA WELLS** )
)
    **CONSOLIDATED PLAINTIFFS** )
and )
)
**KEITH A. ALLEN, INDIVIDUALLY** )
**AND AS ADMINISTRATOR OF THE** )
**ESTATE OF LAKIYAH WELLS,** )
**DECEASED,** )
)
    **INTERVENOR PLAINTIFF,** )
)
VS. )    Case No. 5:08-CV-00177 JMM
)
**ROY LEE JORDAN; 3J TRUCKING,** )
**INC., ET AL.** )
    **DEFENDANTS** )

## ORDER GRANTING NON-SUIT WITHOUT PREJUDICE

**NOW ON THIS 29th DAY OF June, 2010,** comes on to be heard the above-styled cause, and from the case file, statements of counsel, and other things and matters before the Court, the Court finds that upon request of the Separate Plaintiffs' James and Veronica Wells, Co-Administrators of the Estate of Laketria Wells, Darryl Stokes, Administator of the Estates of Keyshon Wells and Kaleb Stokes, and Keith Allen, Administrator of the Estate of Lakiyah Wells this matter should be and are hereby non-suited, without prejudice.

**IT IS SO ORDERED.**

_____
Honorable James Moody